IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DINO IACULLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>Defendants. ) | Civil Action No. 2:10cv589-TMH<br>(WO) |

**O R D E R**

The plaintiff, a federal inmate incarcerated at Maxwell Federal Prison Camp, filed this action pursuant to the Federal Torts Claim Act, 28 U.S.C. § 1346(b), 2671-2680, on or around July 6, 2010. However, he has not submitted the $350.00 filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*. The plaintiff shall therefore be granted additional time to provide this court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this case.

Accordingly, it is ORDERED that:

1. On or before August 9, 2010, the plaintiff shall either submit the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. The plaintiff's motion for *in forma pauperis* status shall be accompanied by a prison account statement from the account clerk at Maxwell Federal Prison Camp showing the average monthly balance in the plaintiff's prison account for the six-month period

immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.  <u>The plaintiff is cautioned that his failure to comply with this order will result in a recommendation by the undersigned that this case be dismissed</u>; and

    2.  The Clerk MAIL to the plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done this 19th day of July, 2010.

                  /s/Terry F. Moorer
                  TERRY F. MOORER
                  UNITED STATES MAGISTRATE JUDGE