IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DINO IACULLO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-0589-TMH |
| | )            WO |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's Motion to Strike (Doc. #69), which the Court construes as an Objection to the Recommendation of the Magistrate Judge, filed on March 20, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #65) entered on March 12, 2014 is adopted;

3. That the government's motion for summary judgment is GRANTED and the claims asserted against the government are DISMISSED with prejudice.

DONE this the 11th day of April, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE