IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DINO IACULLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:10cv589-MEF |
| | ) WO |
| UNITED STATES OF AMERICA, *et al*., | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. The plaintiff's Motion to Strike (Doc. #69) filed on March 20, 2014, is denied;

2. The plaintiff's Objection to the Recommendation of the Magistrate Judge (Doc. #85) filed on May 7, 2014, is overruled;

3. The Recommendation of the Magistrate Judge (Doc. #65) entered on March 12, 2014 is adopted;

4. The government's motion for summary judgment (Doc. #24) is GRANTED and the claims asserted against the government are DISMISSED with prejudice.

DONE this 24th day of June, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE