IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DINO IACULLO,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        Civil Action No. 2:10cv589-MEF
                                       )                    WO
UNITED STATES OF AMERICA, *et al*.,)
                                       )
            Defendants.                )

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case,

it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and

against the plaintiff and that this action is dismissed with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 24th day of June, 2014.


_____/s/ Mark E. Fuller_____
UNITED STATES DISTRICT JUDGE