IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DINO IACULLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:10-CV-589-WKW |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 21, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 114.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 114) is ADOPTED; and

2. Defendant's motion for summary judgment (Doc. # 24) is DENIED.

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 24th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE